## JZ, INC., DUNKIN DONUTS *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 119 Conn. App. 243 (AC 30591), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Ryan C. McKeen,* in support of the petition.

*Scott R. Chadwick,* corporation counsel, in opposition.

Decided April 21, 2010

## IN RE JORDAN T.

The petition by the respondent mother for certification for appeal from the Appellate Court, 119 Conn. App. 748 (AC 30674), is denied.

*Richard P. Cahill,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided April 21, 2010